U.S. DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | Case No.: CV 05-2111 |
| Plaintiff, | [PROPOSED] |
| vs. | ORDER AMENDING CONSENT DECREE |
| MARQUEE HOLDINGS INC. | |
| and |  |
| LCE HOLDINGS, INC., | 05-CV-02111-ORD |
| Defendants. | |

## ORDER AMENDING CONSENT DECREE

This Court, having considered the Motion to Amend Consent Decree filed by defendant Marquee Holdings, Inc, (Dkt. no 11) on its own behalf and as successor in interest to defendant LCE Holdings, Inc., and further having considered that this motion is not opposed by plaintiff, the State of Washington, hereby orders that the parties' motion be GRANTED, and that the first sentence of Paragraph IV. A. of the Consent Decree filed with this Court on December 21, 2005 be amended to read as follows:

ORDER AMENDING CONSENT DECREE - 1

BADGLEY ~ MULLINS
Law Group
4750 Bank of America Tower
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566

"Defendants are ordered and directed, within 120 calendar days after the filing of the Complaint in this matter, or five (5) days after notice of the entry of this Consent Decree by the Court, whichever is later, to divest the Theater Assets in a manner consistent with this Consent Decree to an Acquirer acceptable to the State of Washington."

IT IS SO ORDERED on this 20th day of March, 2006.

_____
Thomas S. Zilly
United States District Judge

ORDER AMENDING CONSENT DECREE - 2

BADGLEY ~ MULLINS
LAW GROUP
4750 Bank of America Tower
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566